IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
APR 1 4 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | MJ 20- 33 -BLG-TJC |
| SAMSUNG TCL, with instructions on how to install a SIM card on the back, IMEI: Not Accessible (Device #5) CURRENTLY LOCATED AT 2970 KING AVENUE WEST, BILLINGS, MONTANA | ORDER |

Based upon the motion of the United States, and good cause appearing,

IT IS ORDERED that this case and all pleadings in it, including the application and affidavit for a search warrant and the search warrant are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 13 day of April, 2020.

TIMOTHY J. CAVAN
United States Magistrate Judge

1